19840. CRESWELL *v.* ACME LUMBER & SUPPLY COMPANY *et al.*

BROYLES, C. J. 1. "The judgment of the trial court overruling the general demurrer to the petition, not having been excepted to, became a conclusive determination that a cause of action and right to sue existed in favor of the plaintiff." *Staten* v. *General Exchange Ins. Corp.*, 38 *Ga. App.* 415 (144 S. E. 53). This ruling, however, is not pertinent where, upon the trial of a case, some of the material allegations of the petition are not proved by the evidence introduced by the plaintiff, and a nonsuit is awarded.

2. To support a recovery of damages for malicious abuse of legal process, "the evidence must show the *wilful misapplication* or *perversion* of a lawful process in order to obtain an object which such a process is not intended by law to effect." (Italics ours.) *Johnson* v. *Gordon*, 26 *Ga. App.* 526 (106 S. E. 615). The petition in the present case charged, in substance, such a wilful misapplication or perversion of a lawful process, but the evidence for the plaintiff failed to support the charge, and the court did not err in granting a nonsuit.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 23, 1929.

*W. E. & L. T. Mann,* for plaintiff.
*R. Carter Pillman,* for defendant.